```
               IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF UTAH
```
_____

| | |
|---|---|
| WILLIAM ADAMS, | ) **DISMISSAL ORDER** |
| Plaintiff, | ) Case No. 2:10-CV-746 DS |
| v. | ) District Judge David Sam |
| RICHARD GARDNER et al., | ) |
| Defendants. | ) |

_____

On August 14, 2012, the Court ordered Plaintiff to within forty-five days file a response to Defendants' summary-judgment motion.  The Court stated, "Failure to meet this final deadline will result in dismissal of this case."  The summary-judgment motion was filed on February 28, 2012, so Plaintiff has had several months in which to respond.  During that time, he has been granted time extensions, which he has not observed.  The Court last heard from Plaintiff on July 27, 2012, when he filed an affidavit in support of his motion to appoint counsel, which was denied on February 8, 2011.[1]  Plaintiff has not responded in any way to the order giving a final deadline for a response, nor has he submitted a change of address.

---

[1] (*See* Docket Entry # 15.)

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute and failure to follow the Court's order.[2]  This case is CLOSED.

DATED this 28th day of September, 2012.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court

---

[2]*See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1388-89 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).